**97–2491.  Mullins v. Rio Algom, Inc.**

Certified State Law Question, No. C19773.  On motion for leave to intervene by Attorney General Betty Montgomery.  Motion granted.

**97–2723.  Johnson v. BP Chemicals, Inc.**

Allen App. No. 1–97–32.  On motion for stay of case No. 97–2491, *Mullins v. Rio Algom, Inc.*, Certified State Law Question, No. C19773.  Motion granted.

**98–89.  State ex rel. Orth v. Christiansen.**

In Mandamus.  *Sua sponte,* alternative writ granted.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent and would dismiss the cause.

**98–94.  Campanelli v. AT&T Wireless Serv.**

Stark App. Nos. 1997CA00109 and 1997CA00110.  On review of order certifying a conflict.  The court determines that a conflict exists; the parties are to brief the issue whether cellular telecommunication providers have public utility status for township zoning purposes.  *Sua sponte,* cause consolidated with 98–46, *infra.*

F.E. SWEENEY and COOK, JJ., dissent.

RESNICK, J., not participating.

The conflict case is *Adam v. Bath Twp. Bd. of Zoning Appeals* (July 23, 1997), Summit App. No. 18144, unreported, 1997 WL 423040.

**98–98.  In re Davis.**

Paulding App. No. 11–97–6.  On review of order certifying a conflict.  The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Journal Entry filed December 24, 1997:

"On motion of the appellants to certify a conflict, the judges of this court find that the judgment in this case, upon which they have agreed, is in conflict with the judgment pronounced upon the same question by the Court of Appeals for the Eleventh Appellate District in the case of *In re [Omosun] Children* (1995), 106 Ohio App.3d 813 [667 N.E.2d 431].

"The rule of law on which the conflict exists is whether the seven-day limit within which a juvenile court must enter its disposition of a child adjudicated as abused, neglected or dependent under R.C. 2151.35 also applies to motions filed by an agency under R.C. 2151.414 prior to the September 1996 amendment to that statute."

*Sua sponte,* cause consolidated with 98–50, *infra.*

F.E. SWEENEY, J., dissents.

**98–183.  State v. Walker.**

Lorain App. No. 97CA006958.  On motion for leave to file delayed appeal.  Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**98–194.  State v. Johnson.**

Hamilton App. No. C–961099.  On motion for leave to file delayed appeal.  Motion denied.

**98–196.  State v. Beatty.**

Fairfield App. No. 95CA0068.  On motion for leave to file delayed appeal.  Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**98–237.  State v. Garczynski.**

Wood App. No. WD–97–016.  On review of order certifying a conflict.  The court determines that a conflict exists; *sua sponte,* cause held for the decision in 97–1778, *State v. Rush,* Stark App. No. 96CA419; briefing schedule stayed.

## DISCRETIONARY APPEALS ALLOWED

**97–2653.  Davidson v. BP Am., Inc.**

Cuyahoga App. Nos. 70170 and 71812.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.